**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6583**

In the Matter of                                   Case Number:

Kendra Wright
-vs-
GREATWIDE INTEGRATED LOGISTICS SERVICES, INC.,
d/b/a BRISK TRANSPORTATION, LP

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Kendra Wright                           LI

| | |
|---|---|
| NAME (Type or print) | |
| Cecile L. Singer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Cecile L. Singer | |
| FIRM | |
| . | |
| STREET ADDRESS | |
| 200 S Michigan Ave., Ste 1240 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 02620006 | (312) 427-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [XX]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [✓] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [✓]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [✓]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |