### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| KENDRA WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-CV-6583 |
| | ) | |
| BRISK TRANSPORTATION, L.P., | ) | Judge Andersen |
| | ) | |
| Defendant. | ) | Magistrate Judge Brown |

### NOTICE OF FILING

TO:     Counsel of Record

PLEASE TAKE NOTICE that on January 17, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Answer and Affirmative Defenses of Brisk Transportation, L.P. to Amended Complaint**, a copy of which is attached herewith and served upon you.

Dated:  January 17, 2008                              Respectfully submitted,


                                                               /s/ Stephanie M. Zimdahl
                                                               Stephanie M. Zimdahl
                                                               One of its attorneys


Wendi E. Sloane (06183926)
Stephanie M. Zimdahl (6287755)
BARACK FERRAZZANO KIRSCHBAUM
      & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100
(312) 984-3150 (facsimile)

467668_1.DOC

## CERTIFICATE OF SERVICE

I, Stephanie M. Zimdahl, an attorney, hereby certify that service of the foregoing Answer and Affirmative Defenses of Brisk Transportation, L.P. to Amended Complaint was accomplished pursuant to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D) to the following:

>  Cecile L. Singer
>  200 South Michigan Avenue, Suite 1240
>  Chicago, Illinois  60604
>
>  Kenneth N. Flaxman
>  Kenneth N. Flaxman, P.C.
>  200 South Michigan Avenue, Suite 1240
>  Chicago, Illinois  60604

this 17th day of January, 2008.

>  s/ Stephanie M. Zimdahl_____