IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENDRA WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 CV 6583 |
| BRISK TRANSPORTATION, L.P. | ) Judge Anderson |
| | ) Magistrate Judge Brown |
| Defendant. | ) |

## DISCLOSURE STATEMENT OF BRISK TRANSPORTATION, L.P.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, BRISK TRANSPORTATION, L.P. ("Brisk Transportation") states that it is a limited partnership and that its parent corporations are Transport Industries, L.P., Transport Industries Holdings, L.P., Greatwide Logistics Services, Inc. and GWLS Holdings, Inc. and that there are no publicly held corporations that own 10% or more of Brisk Transportation's stock. Brisk Transportation's sole affiliate is Transport Industries, L.P., and the sole affiliate of Transport Industries, L.P. is Transport Industries Holdings, L.P.

BRISK TRANSPORTATION, L.P.

By: s/ Stephanie M. Zimdahl
One of its Attorneys

Wendi E. Sloane
Stephanie M. Zimdahl
BARACK FERRAZZANO KIRSCHBAUM
 & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150

467641_1.DOC

**CERTIFICATE OF SERVICE**

  I, Stephanie M. Zimdahl, an attorney, hereby certify that service of the foregoing Disclosure Statement of Brisk Transportation, L.P. was accomplished pursuant to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D) to the following:

    Cecile L. Singer
    200 South Michigan Avenue, Suite 1240
    Chicago, Illinois  60604

    Kenneth N. Flaxman
    Kenneth N. Flaxman, P.C.
    200 South Michigan Avenue, Suite 1240
    Chicago, Illinois  60604

this 17th day of January, 2008.

                s/ Stephanie M. Zimdahl

467641_1.DOC