IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENDRA WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-CV-6583 |
| ) | |
| BRISK TRANSPORTATION, L.P., ) | Judge Andersen |
| ) | |
| Defendant. ) | Magistrate Judge Brown |

## NOTICE OF FILING

TO:   Counsel of Record

PLEASE TAKE NOTICE that on January 17, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Disclosure Statement of Brisk Transportation, L.P.**, a copy of which is attached herewith and served upon you.

Dated: January 17, 2008                                                  Respectfully submitted,

/s/ Stephanie M. Zimdahl
Stephanie M. Zimdahl
One of its attorneys

Wendi E. Sloane
Stephanie M. Zimdahl
BARACK FERRAZZANO KIRSCHBAUM
    & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100
(312) 984-3150 (facsimile)

467669_1.DOC

## CERTIFICATE OF SERVICE

    I, Stephanie M. Zimdahl, an attorney, hereby certify that service of the foregoing **Disclosure Statement of Brisk Transportation, L.P.** was accomplished pursuant to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D) to the following:

        Cecile L. Singer
        200 South Michigan Avenue, Suite 1240
        Chicago, Illinois 60604

        Kenneth N. Flaxman
        Kenneth N. Flaxman, P.C.
        200 South Michigan Avenue, Suite 1240
        Chicago, Illinois 60604

this 17th day of January, 2008.

                s/ Stephanie M. Zimdahl

467669_1.DOC