IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENDRA WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-CV-6583 |
| | ) | |
| BRISK TRANSPORTATION, L.P., | ) | Judge Andersen |
| | ) | |
| Defendant. | ) | Magistrate Judge Brown |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel of record, that the above-entitled matter is dismissed with prejudice and without costs to any party herein.

DATED this 24 day of March, 2008.

/s/ Cecile L. Singer

Cecile L. Singer
Kenneth N. Flaxman, ARDC 830399
Law Offices of Cecile L. Singer
200 South Michigan Avenue, Suite 1240
Chicago, IL 60604
(312) 427-3200
ATTORNEYS FOR THE PLAINTIFF


/s/ Stephanie M. Zimdahl (with consent)
Wendi E. Sloane (06183926)
Stephanie M. Zimdahl (6287755)
BARACK FERRAZZANO KIRSCHBAUM
    & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150
ATTORNEYS FOR DEFENDANT,

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Wendi E. SLoane and Stephanie Michelle Zimdale and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Wendi E. SLoane, Stephanie Michelle Zimdale,

/s/ Kenneth N. Flaxman

_____

Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)