## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 6583 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Kendra Wright vs. Brisk Transportation , L.P. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, this case is hereby dismissed with prejudice and without costs to any party herein.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|